

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00386-CR

**JEREMIAH V. TENNON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 278th District Court
### Walker County, Texas
### Trial Court No. 25899

## MEMORANDUM  OPINION

Jeremiah Vadald Tennon appeals from the trial court's judgment.  Tennon's notice of appeal is untimely.  Sentence was imposed on September 23, 2014; therefore, the notice of appeal was due on October 23, 2014.  *See* TEX. R. APP. P. 26.2(a).  The notice of appeal was filed on November 5, 2015.

This Court has no jurisdiction over an appeal where the notice of appeal is untimely.  *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).  Accordingly,

this appeal is dismissed.[1]

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed November 25, 2015
Do not publish
[CR25]



---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *See* TEX. R. APP. P. 68.2(a).